**PENNZOIL–QUAKER STATE COMPANY, Appellant,**

v.

**TEXACO, INC., Appellee.**

No. 05–1029.

United States Court of Appeals,
Federal Circuit.

June 10, 2005.

Before LOURIE, RADER, and GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Otis P. MORRIS, Gerald V. Howard, William Y. Robbins, and Estill C. Howard, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

Nos. 04–5129 to 04–5132.

United States Court of Appeals,
Federal Circuit.

June 10, 2005.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.